## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:07-CV-745** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER K. McCLAIN and** | : | |
| **LEAH S. McCLAIN,** | : | |
| **Defendants** | : | |

### ORDER TO DISCONTINUE AND END

AND NOW, this 2nd day of May, 2007, upon motion of the Plaintiff, and agreement of the Defendants, it is hereby  ORDERED that the above captioned matter shall be marked DISCONTINUED AND ENDED.  The terms of the Mortgage and Note obligations between parties shall remain in full  force and effect as if no default had occurred.

This matter may be marked closed for statistical purposes.


　　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge